IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-00794

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>        Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Defendants R&R SPE LLC ("R&R") and RCOFIII Spec-Fin Credit 1, LLC ("RCOF") (collectively, "Defendants"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b), move this Court for an extension of time within which to answer or otherwise respond to the Class Action Complaint filed by Plaintiffs in this action. In support of this Motion, Defendants state as follows:

1. Plaintiffs filed a Class Action Complaint in this Court on September 2, 2025.

1

2. Plaintiffs served R&R with a summons and the Class Action Complaint on November 5, 2025.

3. Plaintiffs served RCOF with a summons and the Class Action Complaint on November 6, 2025.

4. The current deadline for R&R to file an answer or a responsive pleading to the Class Action Complaint is November 26, 2025.

5. The current deadline for RCOF to file an answer or a responsive pleading to the Class Action Complaint is November 28, 2025.[1]

6. The deadline for each of the other defendants in this matter to file an answer or a responsive pleading is January 5, 2026.

7. Due to the upcoming holidays, continued investigation by Defendants, and the parties' preference for all defendants to have the same filing deadline, Defendants R&R and RCOF respectfully request that the Court extend their deadline to file their answer or responsive pleading to January 5, 2026.

8. Defendants' counsel consulted with Plaintiffs' counsel in good faith, and Plaintiffs consent to the requested extension.

9. This motion is made in good faith and not for the purpose of delay.

---

[1] The deadline for RCOF to file an answer or a responsive pleading originally fell on November 27, 2025, which is Thanksgiving Day. *See* Fed. R. Civ. P. 6(a)(1)(C) ("if the last day is a . . . legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday").

WHEREFORE, Defendants R&R and RCOF, with the consent of Plaintiffs, request that the Court enter an order extending their deadline to respond to the Class Action Complaint, through and including January 5, 2026.

Respectfully submitted this 24th day of November 2025.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Robert L. Lindholm
Robert L. Lindholm
robert.lindholm@nelsonmullins.com
301 S. College Street, 23rd Floor
Charlotte, NC 28202
Telephone: 704.417.3231
Facsimile: 704.377.4814

*Counsel for R&R SPE LLC and RCOFIII Spec-Fin Credit 1, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

Andrew Guzzo
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
703-424-7573
aguzzo@kellyguzzo.com

Rashad L. Blossom
BLOSSOM LAW PLLC
126 N. McDowell St.
2nd Floor
Charlotte, NC 28204
704-256-7766
rblossom@blossomlaw.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Robert L. Lindholm

4