IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-00794

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>        Defendants. | **ORDER** |

This matter is before the Court on Defendants R&R SPE LLC's and RCOFIII Spec-Fin Credit 1, LLC's (collectively, "Defendants") Motion for Extension of Time to respond to Plaintiffs' Class Action Complaint. Defendants seek to extend time and otherwise set a response date of January 5, 2026. The Court has reviewed Defendants' Motion and the record in this matter and finds there is good cause to allow the Motion.

It is therefore ORDERED that Defendants' Consent Motion for Extension of Time shall be and hereby is allowed, and Defendants shall have up to and including January 5, 2026, to file a response.

This the ___ day of November 2025.

_____