IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-cv-00794

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>Defendants. | **CONSENT MOTION**<br><br>**FOR**<br><br>**EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**AND**<br><br>**ENLARGEMENT OF WORD COUNT LIMITATION FOR BRIEFING ON DEFENDANTS' RESPONSE TO THE COMPLAINT** |

Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis, (collectively, "Defendants"), through counsel, with the consent of Plaintiffs, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.3(d), move the Court for an extension of time to answer or otherwise respond to the Class Action Complaint and to enlarge the word count

limitation for the briefing on Defendants' response to the Complaint. In support of this consent motion, Defendants state the following:

1. Plaintiffs filed a Class Action Complaint on September 2, 2025. (ECF No. 1.)

2. Each of the Defendants executed a waiver of service sent on November 4, 2025, and their current deadline to respond to the Complaint is January 5, 2026. (ECF Nos. 7, 8, 9, 10, 11, 12, 13, 14, 15, 16.)

3. Defendants continue to investigate their defenses to the Complaint but reasonably anticipate that they will respond by moving to dismiss under Rule 12 of the Federal Rules of Civil Procedure and raising issues of sovereign immunity, personal jurisdiction, constitutional defenses, and failure to state a claim. Defendants also reasonably anticipate that they will separately move to compel arbitration.

4. Due to the number and complexity of the issues Defendants anticipate raising in their response to the Complaint, that Defendants' lead counsel Timothy Billion is in trial from December 15-23, and the upcoming holidays, Defendants respectfully request an additional fourteen days, up to and including January 19, 2026, to respond to the Complaint.

5. Also due to the number and complexity of issues Defendants anticipate raising in their response to the Complaint, Defendants respectfully

2

request that the word limitation for their brief in support of their response, as well as Plaintiffs' response brief, be enlarged from 6,250 words to 7,500 words.

6. Defendants do not seek an increase of the word limitation for their brief in support of their motion to compel arbitration, should they ultimately pursue such motion.

7. Defendants' counsel consulted with Plaintiffs' counsel in good faith, and Plaintiffs consent to the requested extension and enlargement of the word count limitation, and request that they be granted a reciprocal enlargement of the word count limitation for their response brief.

WHEREFORE, Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis, with the consent of Plaintiffs, request that the Court enter an order extending their deadline to respond to the Class Action Complaint, through and including January 19, 2026, and enlarge the word count limitation for the briefing on their response to 7,500 words for both Defendants' and Plaintiffs' principal briefs.

Respectfully submitted, this the 18th day of December, 2025.

ELLIS & WINTERS LLP
/s/ Alex J. Hagan
Alex J. Hagan
N.C. Bar No. 19037
Thomas H. Segars

3

N.C. Bar No. 29433
Tyler Jameson
N.C. Bar No. 59348
Post Office Box 33550
Raleigh, NC 27636
Tel: (919) 865-7000
Fax: (919) 865-7010
alex.hagan@elliswinters.com
tom.segars@elliswinters.com
ty.jameson@elliswinters.com

Counsel for Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis


Timothy W. Billion*
Robins Kaplan LLP
150 E 4th Place, Suite 704
Sioux Falls, SD 57104
Tel: (605) 740-7102
Fax: (605) 740-7199
TBillion@RobinsKaplan.com

Counsel for Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis

*Notice of Special Appearance forthcoming