# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, *on behalf of themselves and all individuals similarly situated*,

Plaintiffs,

v.

SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,

Defendants.

Civil Action No.
1:25-cv-00794-WO-JLW

DECLARATION OF SAMUEL SPRATT IN SUPPORT OF MOTION TO DISMISS

1

96780085.1

I, Samuel Spratt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and make this declaration based on my personal knowledge.

**History and Structure of the Tribe's lending operation**

2. The Turtle Mountain Band of Chippewa Indians of North Dakota (the "Tribe") created BlueChip Financial d/b/a Spotloan, ("BlueChip") on July 3, 2012, by Tribal Council Resolution Number TMBC841-07-12. A copy of this Resolution is attached as Exhibit A. BlueChip is a wholly owned arm of the Tribe, a federally recognized Indian tribe.

3. I started working for a company called ZestFinance ("Zest") in 2016. At that time, Zest was working with BlueChip to originate loans for the Tribe.

4. In 2016, both the Tribe and Zest were exploring Zest's exit from the Tribe's lending business. The Tribe ultimately negotiated a buyout with Zest.

5. The Tribe approved a new charter for BlueChip on February 6, 2017. A copy of this charter and resolution adopting it is attached as Exhibit B.

6. The Tribe adopted new bylaws for BlueChip on March 22, 2017. A copy of these bylaws are attached as Exhibit C.

7. I was hired as the CEO for BlueChip on August 1, 2017.

8. Effective November 1, 2018, every loan originated by BlueChip was 100% owned by the Tribe without any participation interest from Zest (or any

2

other third party). Zest's services were fully terminated as of December 31, 2019, and on April 20, 2020, BlueChip made its final buyout payment to Zest.

9. The Tribe amended BlueChip's charter on November 12, 2019, January 9, 2020, September 3, 2020, December 14, 2021 (retroactive to December 6, 2020), and August 3, 2023. A copy of each of these amendments is attached as Exhibits D (November 12, 2019), E (January 9, 2020), F (September 3, 2020), G (December 14, 2021), and H (August 3, 2023).

10. BlueChip's bylaws were amended on November 6, 2019, November 30, 2021, August 3, 2023, and most recently on December 19, 2024. A copy of each of these sets of bylaws is attached as Exhibits I (November 6, 2019), J (November 30, 2021), K (August 3, 2023), and L (December 19, 2024), respectively.

11. To better structure its business, the Tribe formed Mikinok Enterprises ("Mikinok"), a corporation formed under Section 17 of the Indian Reorganization Act of 1934. The Bureau of Indian Affairs formally approved Mikinok's incorporation and Mikinok's charter was ratified by the Tribe in March 2023. A copy of the federal charter issued by the United States Department of the Interior's Bureau of Indian Affairs and the accompanying Tribal Council resolution ratifying the charter are attached as Exhibit M.

12. In September 2024, the Tribal Council appointed three tribal member directors for Mikinok and designated three members of the Tribal Council as ex-officio directors who have observation but not voting rights. Mikinok's

3

96780085.1

directors were also appointed as the directors of BlueChip, so the board-level leadership of both entities is currently the same.

13. Effective January 1, 2025, all BlueChip employees were transferred to Mikinok. My role as CEO was assigned from BlueChip to Mikinok. BlueChip no longer has any employees. Mikinok provides all services for BlueChip pursuant to a shared services agreement.

**Financial relationship between BlueChip and the Tribe**

14. BlueChip steadily increased the amount of money it provides to the Tribe, from $8.8 million in 2020 to $30 million in 2022 to $46 million in 2024.

15. BlueChip's total salary and wages, including related costs such as employer taxes and benefits costs, recruiting costs, and relocation costs, for all employees in 2024 totaled $14.1 million.

16. BlueChip does not make any distributions to or share profits with any entity or person other than the Tribe.

17. I am an employee of Mikinok and report to Mikinok's board of directors. I am also the Chief Executive Officer of BlueChip. As an employee and officer of Mikinok, Mikinok indemnifies me for damages awarded against me in the scope of my employment and service. As a former employee of BlueChip and as the CEO of BlueChip, BlueChip indemnifies me for damages awarded against me in the scope of my employment and service. At all relevant times, in my role as CEO of Mikinok and as the CEO of BlueChip, whether employed by BlueChip

4

96780085.1

or providing services to BlueChip, I acted within the scope of my employment agreement and my role as an officer of each entity. Thus, a damages award against me would directly impact the Tribe's treasury by decreasing the amount of money available for distribution to the Tribe as the sole shareholder of each of Mikinok and BlueChip.

18. Under the terms of my employment contract, I am compensated with a base salary and a bonus. Other than compensation received under my employment agreement, I do not receive any income, whether directly or indirectly, from BlueChip or the Tribe.

### Tribal control of BlueChip

19. BlueChip is licensed by the Tribe's Lending Regulatory Commission pursuant to the Tribe's Lending Code. A copy of BlueChip's lending license, valid through March 1, 2028, is attached as Exhibit N.

20. Under the applicable charter and bylaws, all directors of Mikinok and BlueChip must be enrolled Tribal members. All directors are appointed by the Tribal Council. The removal of a director by the board may be appealed to the Tribal Council, which makes the final decision regarding removal of that director.

21. Three members of the Tribal Council serve as ex-officio Mikinok board members, as appointed by the Tribal Council. Those directors may participate in meetings but may not vote.

22. Mikinok's board must report at least quarterly to the Tribal Council.

5

23. Mikinok's board must also submit an annual budget and business plan to the Tribal Council for review and comment.

24. Mikinok's records are at all times open for inspection by the Tribal Council.

25. Mikinok must provide annual audited financial statements to the Tribal Council.

26. Mikinok's charter cannot be amended without the approval of the Tribal Council and the Secretary of the Interior.

**Other information relevant to BlueChip's operations as an arm of the Tribe**

27. While BlueChip uses some outside vendors, no vendor shares any interest in the profits of the lending entity. All profits are either passed on to the Tribe or retained within a Tribal entity.

28. BlueChip maintains servers on the Reservation and all underwriting decisions occur there.

29. BlueChip issued loans to each of the Plaintiffs via e-commerce. Among other things, the terms and conditions on BlueChip's website state: "Accessing Services from an Indian Reservation . . . BY CHOOSING TO VISIT THE TRIBE'S JURISDICTION THROUGH THIS SITE AND ACCESS SERVICES OFFERED AND REGULATED UNDER THE TRIBE'S LAWS, YOU FREELY CONSENT TO THE TRIBE'S JURISDICTION."

6

96780085.1

30. BlueChip has a credit facility with R&R SPE LLC ("R&R"). R&R does not manage the Tribe's business operations and does not have an ownership interest in BlueChip. In 2024, BlueChip paid approximately $6 million in interest and finance charges to R&R under the credit facility. I have no financial or equity interest in R&R.

31. BlueChip offers loans that range from $300 to $1,500. These loans are personal, standard-amortizing, simple interest installment loans that are unsecured. BlueChip's loans are distinguishable from "payday" loans because the consumer chooses their repayment schedule and can pay the loan over a period of months. Most "payday" loans require repayment within 14-35 days. In addition, most "payday" loans roll over into another period for an additional fee if they are not paid back on time. A consumer can only have one loan from BlueChip at a time and it cannot be rolled over. Converted to an annual rate, BlueChip's maximum APR is 490%. Returning customers can receive an APR of 99% if they meet certain criteria.

32. BlueChip has a robust compliance program that ensures compliance with all applicable financial services laws, including the Tribal Lending Code and applicable federal laws.

## Personal Jurisdiction

33. I reside in California. The Tribe's headquarters is in Belcourt, North Dakota. BlueChip also has offices in California, Minnesota, and Georgia.

7

96780085.1

BlueChip does not have an office in North Carolina and I do not work in North Carolina.

34. I do not own property or conduct business in North Carolina.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>01/19/2026</u>

<u>Sam Spratt (Jan 19, 2026 09:58:32 MST)</u>

96780085.1

# 01.19.2026 FINAL Spratt Decl. ISO Mot. to Dismiss.docx

Final Audit Report                                        2026-01-19

| | |
|---|---|
| Created: | 2026-01-19 |
| By: | Meredith Freeman (meredith.f@mikinok.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAsAOxXEhemVmM7SOYqh3SF0RFtUB0pgJj |

## "01.19.2026 FINAL Spratt Decl. ISO Mot. to Dismiss.docx" History

Document created by Meredith Freeman (meredith.f@mikinok.com)
2026-01-19 - 4:56:50 PM GMT

Document emailed to Sam Spratt (sas@mikinok.com) for signature
2026-01-19 - 4:56:54 PM GMT

Email viewed by Sam Spratt (sas@mikinok.com)
2026-01-19 - 4:56:59 PM GMT

Document e-signed by Sam Spratt (sas@mikinok.com)
Signature Date: 2026-01-19 - 4:58:32 PM GMT - Time Source: server

Agreement completed.
2026-01-19 - 4:58:32 PM GMT

![Adobe Acrobat Sign]