IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>Defendants. | Civil Action No.<br>1:25-cv-00794-WO-JLW |

DECLARATION OF SAMUEL SPRATT IN SUPPORT OF MOTION TO COMPEL ARBITRATION

I, Samuel Spratt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and make this declaration based on my personal knowledge.

2. I am the CEO of BlueChip Financial d/b/a Spotloan, ("BlueChip").

3. BlueChip is a wholly owned economic arm of The Turtle Mountain Band of Chippewa Indians. The Tribe is a federally recognized Indian tribe with headquarters on the Turtle Mountain Indian Reservation in North Dakota. BlueChip is licensed by the Tribe's Lending Regulatory Commission pursuant to the Tribe's Lending Code. Jamie Azure is the Tribe's elected chairman. Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gorneau, Chad Counts, and Blaine Davis are the elected members of the Tribal Council.

4. A copy of BlueChip's August 2, 2024, loan agreement with Michael Goetting is attached as Exhibit A.

5. A copy of BlueChip's December 23, 2024 loan agreement with Kimberly Webb is attached as Exhibit B.

6. A copy of BlueChip's August 13, 2024, loan agreement with Terri Edgell is attached as Exhibit C.

7. A copy of BlueChip's December 14, 2023, loan agreement with Kimberly Child is attached as Exhibit D.

8. None of the named Plaintiffs opted out of their arbitration agreements.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/19/2026

_____
Sam Spratt (Jan 19, 2026 12:25:01 MST)

96779844.1

# Goetting v. Spratt - REV 1.18.26 Spratt Decl. ISO mtn to compel arbitration.docx

Final Audit Report 2026-01-19

| | |
|---|---|
| Created: | 2026-01-19 |
| By: | Meredith Freeman (meredith.f@mikinok.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANpwAzz6zoR18OBRutf9uQMFbqe4Lgbsl |

## "Goetting v. Spratt - REV 1.18.26 Spratt Decl. ISO mtn to compel arbitration.docx" History

- Document created by Meredith Freeman (meredith.f@mikinok.com)
  2026-01-19 - 7:18:40 PM GMT

- Document emailed to Sam Spratt (sas@mikinok.com) for signature
  2026-01-19 - 7:18:44 PM GMT

- Email viewed by Sam Spratt (sas@mikinok.com)
  2026-01-19 - 7:18:49 PM GMT

- Document e-signed by Sam Spratt (sas@mikinok.com)
  Signature Date: 2026-01-19 - 7:25:01 PM GMT - Time Source: server

- Agreement completed.
  2026-01-19 - 7:25:01 PM GMT

Adobe Acrobat Sign