# EXHIBIT D

# Electronic Communications Disclosure Statement and Consent

Please read this carefully. By typing your first and last initials and clicking "I AGREE" below, you agree to receive all Communications from us in electronic form. "Communications" include agreements, disclosures, notices, documents, policies, statements, and all other information and communications from us. **You may choose not to consent, but you will not be able to apply for a loan from us.** If you consent, we will send all Communications electronically. The words "you" and "your" mean each person receiving these disclosures. The words "Spotloan," "we," "us," and "our" mean BlueChip Financial dba Spotloan.

- To receive Communications electronically, you will need:
    - A functioning personal computer, laptop, smart phone, tablet, or other electronic device with an Internet connection ("Device"). The Device must run one of the following operating systems: Windows 7 (NT 6.1) or higher; Apple macOS X 10.13 (High Sierra) or higher; iOS 13.5.1 or higher; or Android 8.0 (Oreo) or higher.
    - An e-mail account, to which we will send all communications.
    - A current web browser that supports 128-bit encryption (e.g. Internet Explorer 11 and above, Microsoft Edge 44.19041, Microsoft Edge 83.0.478.54, Mozilla Firefox 78 and above, Google Chrome 83.0.4103 and above, or Safari 13 and above) with cookies and JavaScript enabled.
    - A current version of a software program that accurately reads and displays PDF files, such as Adobe Acrobat Reader 15 or higher.
- In order to retain and/or print electronic Communications, your Device will need to be able to save and store Communications and/or you will need a working printer connected to your device.
- You may withdraw your consent to receiving Communications electronically by emailing us at help@spotloan.com or writing to us at P.O. Box 720, Belcourt, ND 58316.**If you withdraw your consent, we may upon notice to you terminate your relationship with us, and if we do you will be required to repay your loan immediately in full.**
- You may request a paper copy of any electronic Communication at no charge by emailing us at help@spotloan.com or by mailing a written request to P.O. Box 720, Belcourt, ND 58316.
- You agree to notify us immediately of any change in the e-mail address you provided to us by emailing us at help@spotloan.com or writing to us at P.O. Box 720, Belcourt, ND 58316.

To accept this Electronic Communications Disclosure Statement and Consent, provide your electronic signature by clicking the "I AGREE" button below and by typing your first and last initials. By providing your electronic signature, you acknowledge you have read, understand, and agree to be bound by this Electronic Communications Disclosure Statement and Consent and you consent to receive Communications (as defined above) electronically.

☒ I Agree

This agreement was executed on December 14, 2023 at 3:15pm CST by Kimberly Childs

# Loan Agreement

**Creditor:**
BlueChip Financial dba Spotloan
P.O. Box 720, Belcourt, ND 58316

**Borrower:**
Kimberly Childs
2612 Erica Ct 102
Albany, GA 31707
kimberlychilds61@yahoo.com
2293640145

**Loan Date:** Dec 14, 2023

**Daily Interest Rate:** Interest accrues on the unpaid principal balance of this Loan on a simple interest basis at a Daily Interest Rate of 1.34%. See also the Annual Percentage Rate disclosure below.

## FEDERAL TRUTH IN LENDING ACT ("TILA") DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 490% | $2,611.10 | $800.00 | $3,411.10 |

**Payment Schedule:** Your payment schedule will be:

| When Payment is Due | Amount of Payment | Number of Payment(s) on this date |
|---|---|---|
| Jan 2, 2024 | $170.56 | 1 |
| Jan 17, 2024 | $170.56 | 1 |
| Feb 2, 2024 | $170.56 | 1 |
| Feb 20, 2024 | $170.56 | 1 |
| Mar 4, 2024 | $170.56 | 1 |
| Mar 18, 2024 | $170.56 | 1 |
| Apr 2, 2024 | $170.56 | 1 |
| Apr 17, 2024 | $170.56 | 1 |
| May 2, 2024 | $170.56 | 1 |
| May 17, 2024 | $170.56 | 1 |
| Jun 3, 2024 | $170.56 | 1 |
| Jun 17, 2024 | $170.56 | 1 |
| Jul 2, 2024 | $170.56 | 1 |
| Jul 17, 2024 | $170.56 | 1 |

| Date | Amount | Count |
|---|---|---|
| Aug 2, 2024 | $170.56 | 1 |
| Aug 19, 2024 | $170.56 | 1 |
| Sep 3, 2024 | $170.56 | 1 |
| Sep 17, 2024 | $170.56 | 1 |
| Oct 2, 2024 | $170.56 | 1 |
| Oct 17, 2024 | $170.46 | 1 |

**Security:** This loan is unsecured.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

All numerical disclosures and dates when payments are due are estimates.

---

Itemization of the Amount Financed $800.00

$800.00 Amount given to you directly

$0 Amount paid on your account

$0 Prepaid finance charge

---

*The disclosures outlined above are mandatory disclosures. If you have any questions or concerns, before accepting this Loan Agreement, please contact Spotloan at (888) 681-6811.*

This Loan Agreement is your contract with Spotloan. You should refer to it for information about your interest rate, payment amounts, due dates, missed payments, and default terms.

**Expensive Form of Credit. This is an expensive form of credit intended only for short-term financial needs. Spotloans are designed to help you deal with emergencies such as rent, medical bills, car repairs, or expenses related to your job. Spotloans are not intended to solve longer-term credit or other financial needs, and alternative forms of credit may be better for you. These include borrowing from a friend or relative, using a credit card cash advance, taking out a personal loan, or using a home equity loan or savings.**

**Promise to Pay.** You promise to pay us, or any subsequent holder of this Loan Agreement, the Amount Financed stated above, plus interest, fees, and costs as

provided in this Loan Agreement. Interest accrues at the Daily Interest Rate stated above until the loan is paid in full.

You agree to make each of the payments in the amounts and on the dates listed in the Payment Schedule above, with all amounts then outstanding due and payable in full on the last date stated in the Payment Schedule above, subject to the following paragraphs.

As noted above, several of the disclosures are estimates. For example, a change in the date on which loan funds are disbursed to you (from the date assumed for the disclosures) could affect the dates when payments are due, the payment amounts, the total number of payments, or the total finance charge. If there is a change that affects any of these terms when your loan closes, we will promptly send to you a new payment schedule. This new payment schedule will become part of this Loan Agreement, and you will be obligated to make payments in accordance with the new payment schedule.

If you make payments more frequently or in greater amounts than listed in your most recent payment schedule, if we permit you to defer a payment, if you miss a payment (and we do not accelerate your loan), if you make a partial payment, or if we restructure your loan, then we will send to you a new payment schedule adjusting your payments until your loan is paid in full, which may modify or extend the Loan Agreement's final payment date. The new payment schedule will take effect immediately, supersede any previously provided payment schedule, become part of this Loan Agreement, and you will be obligated to make payments in accordance with the new payment schedule (unless and until your payment schedule is replaced by another pursuant to this paragraph or otherwise under this Loan Agreement).

The Payment Schedule set forth above and any and all subsequent payment schedules provided to you are based on the assumption that all payments are made in full and on time. If you are having trouble making payment, you should call us at (888) 681-6811 at least three (3) business days before your payment is due.

**Interest.** Your loan is a simple interest loan, which means interest accrues daily on your unpaid principal balance. If you make your payments as scheduled, your loan will be paid in full when we receive the final payment on the Payment Schedule above in this Loan Agreement, subject to any change in payment schedules discussed above.

Please keep in mind that, if the Loan Agreement's final payment date is modified or extended as outlined above, interest will continue to accrue on your unpaid principal balance and you will pay more interest.

If you make payments more frequently than required, or pay more than the payment amount due, then you will pay less interest.

**Payments; Loan Proceeds.** Payments will be applied in the following order: interest due, then principal due, and then any fees due. Forms of payment that we accept include: checks, money orders, and electronic payments (debits) processed through the Automated Clearing House ("ACH"). You may not pay your loan with a credit card. We may also have other payment methods available, such as debit cards. For more information on the types of payments we accept, visit our website at spotloan.com/how-spot-loans-work . Checks and money orders should be sent to the following address: Spotloan, P.O. Box 720, Belcourt, North Dakota 58316. You authorize us to distribute loan proceeds to you by an electronic credit through the ACH to the deposit account you designated during the loan application process. If you give us

inaccurate account information, loan funds may be sent to someone else's account. If loan funds are sent to an account number you provide that is not yours and the funds are not returned to us, you are responsible for repaying the full amount of the loan, including any of the finance charges or fees.

**Prepayment.** There is no penalty for paying part or all of your loan early. You can reduce the amount of interest you owe by paying early. Please allow us up to three (3) business days to process and credit your payment. Call us at (888) 681-6811 to get your payoff amount or instructions on making a partial or full early payment.

**Returned Payment.** If any payment is dishonored or returned for any reason, you may be charged a $10.00 fee for non-sufficient funds ("NSF"). Any charged NSF fees will need to be paid in order to pay your loan in full.

**Loan Modifications.** We reserve the right to lower your interest rate at any time after you accept these loan terms at our sole option. If we lower your interest rate, we will notify you and give you a new payment schedule and you will be obligated to make payments in accordance with the new payment schedule, subject to the paragraphs above regarding subsequent payment schedules. You will remain obligated to repay your loan in full.

Spotloan may agree to modify the terms of your loan in your favor (such as reducing or forgiving interest, principal, or fees) as part of a workout, settlement, or other compromise. If that occurs and you miss any agreed payment, your loan terms may revert back to the original loan terms.

**Modification and Waiver.** No supplement, modification, or amendment of the terms of this Loan Agreement will be binding unless specifically allowed under the terms of this Loan Agreement or executed in writing by both parties. The waiver or failure of Spotloan to exercise any right provided for in this Loan Agreement shall not be deemed a waiver of any further or future rights under this Loan Agreement.

**Default.** You will be in default under this Loan Agreement if you provide us with false or misleading information or if you fail to make a payment within 90 days of your scheduled or deferred due date. If you fail to cure the default within 7 days after we notify you of default, or if you withdraw your consent to receiving communications electronically, we may declare the entire outstanding balance due under this Loan Agreement payable at once and proceed to collect it, including bringing legal action. If we incur fees to collect on your account (such as collection agency costs or attorneys' fees), you may be required to reimburse us for those fees, to the extent permitted by law, in addition to paying your unpaid interest, principal, and other fees.

**Disputes.** Any dispute under this Loan Agreement will be decided under the Binding Arbitration Clause and Jury Trial Waiver ("Arbitration Agreement") below unless you opt out (see "Other Options" below).

**Final Loan Approval.** This Loan Agreement is effective only when it has been accepted by us and we initiate the disbursement of loan funds to you. Your loan application is always subject to review by us, and we may request additional documentation before funding your loan.

**Accessing Services from an Indian Reservation.** Spotloan is a wholly owned economic arm and instrumentality of the Turtle Mountain Band of Chippewa Indians (the "Tribe"), a federally recognized Native American tribe. Spotloan is organized under the laws of the Tribe. The Tribe regulates financial services provided to anyone choosing to

access such services from the Tribe's jurisdiction, such as you, under the Turtle Mountain Band of Chippewa Tribal Lending Code, Title 43 (available at spotloan.com/FAQ ). Spotloan offers such services within the Tribe's jurisdiction through a license issued by the Turtle Mountain Band of Chippewa Tribal Lending Regulatory Commission. By choosing to visit the Tribe's jurisdiction through the internet and access services offered and regulated under the Tribe's laws, you freely consent to the Tribe's jurisdiction regarding all aspects of your Loan Agreement. You agree and understand that this Loan Agreement becomes a binding contract with us only when we accept it at our offices on the Turtle Mountain Indian Reservation.

**As an economic arm of the Tribe, Spotloan possesses sovereign immunity which will limit any actions, if any, you may bring in a dispute.** However, for this Loan Agreement, Spotloan is granting a limited waiver of its sovereign immunity in the Arbitration Agreement of this Loan Agreement below.

**Governing Law.** By signing this Loan Agreement, you acknowledge and agree that this Loan Agreement, your loan with us, and any and all aspects of our relationship, including all claims or causes of action (whether in contract, tort, equity, statute, or otherwise) shall be subject to, governed by, and enforced in accordance with the laws of the Tribe and U.S. federal law. This includes, among other things, tribal and federal laws concerning the marketing, underwriting, funding, servicing, and collection of your loan. For purposes of this Loan Agreement and under the federal Consumer Protection Act of 2010, the Tribe is considered a state. **You acknowledge and agree that the laws of the Tribe will apply rather than the laws of your state or any other state.**

Neither this Governing Law provision nor any other provision of this Loan Agreement shall be construed to waive any of your rights under U.S. federal law or shall prevent you from bringing any individual Claim against us under U.S. federal law, subject to the Arbitration Agreement's prohibition of class actions, class arbitration, and injunctive relief in favor of non-parties.

---

Kimberly Childs
2612 Erica Ct 102
Albany, GA 31707
229-364-0145

Spotloan
c/o BlueChip Financial
P.O. Box 720, Belcourt, ND 58316

---

# Binding Arbitration Clause and Jury Trial Waiver

**INDIVIDUAL ARBITRATION AGREEMENT AND CLASS ACTION WAIVER**

Unless prohibited by federal law, you and we agree to arbitrate all Claims through BINDING INDIVIDUAL ARBITRATION, as explained below. "Claims" include all claims and

disputes regarding this Loan Agreement and/or any of our past, present, or future dealings with each other. Claims do not include the validity, scope, or enforceability of this Arbitration Agreement.

**Background and Scope.**

| | | |
|---|---|---|
| **What is binding arbitration?** | An alternative to court. | In binding arbitration, a neutral third party (an "Arbitrator") resolves Claims in a hearing. In any arbitration, neither you nor we will be able to have a court or jury trial or participate in a class action or class arbitration. |
| **Is it different from court and jury trials?** | Yes. | The hearing is private and less formal than court. Other rights that you or we would have in court will not be available or will be more limited in arbitration, including the right to appeal. The arbitrator's decision shall be final and binding. |
| **Who does the Arbitration Agreement cover?** | You, Us, and Others. | This Arbitration Agreement covers all parties involved in any Claims, such as heirs, successors, assigns, employees, agents, vendors, and other third parties. |
| **What types of disputes are covered?** | All Claims. | You and we agree to arbitrate any and all Claims. You and we each may exercise any lawful rights to seek provisional remedies or self-help, without waiving the right to arbitrate by doing so. |
| **Are you waiving rights?** | Yes. | You waive your rights to:<br>1. Have a jury resolve Cliams.<br>2. Have any court resolve Cliams.<br>3. Serve as a private attorney general or in a representative capacity.<br>4. Be in a class action. |
| **Are you waiving class action rights?** | Yes. | You and we each understand and agree that by requiring each other to resolve all disputes through individual arbitration, WE ARE EACH WAIVING THE RIGHT TO A COURT OR JURY TRIAL. ALL DISPUTES SHALL BE ARBITRATED ON AN INDIVIDUAL BASIS, AND NOT AS A CLASS ACTION, REPRESENTATIVE ACTION, CLASS ARBITRATION OR ANY SIMILAR PROCEEDING. The arbitrator(s) may not consolidate the claims of multiple parties unless all parties, including us, agree in writing. |
| | | Only a court, and not an arbitrator, shall determine the validity, scope, and effect of this Arbitration Agreement. |
| **What law applies?** | The Federal Arbitration Act. | This Arbitration Agreement involves interstate commerce. It shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA"). The Arbitrator may decide all issues relating to the merits of Claims, including among other things whether the Governing Law provision in the Loan Agreement is enforceable. |
| | | We want to address your concerns without needing a formal legal case. Before either of us is allowed to file a |

| | | |
|---|---|---|
| What is the first step in trying to resolve Claims? | Please write us. | Claim, we each agree to try to resolve the dispute informally. You may do this by emailing or writing to us. Tell us the details of your Claim and how you would like us to resolve it. We'll try to resolve the dispute informally. If a dispute is not resolved within 15 days of receipt of written notice, you or we may start arbitration. To start arbitration, contact one of the arbitration groups listed below. Settlement offers are confidential. Neither you nor we are allowed to disclose settlement offers to the arbitrator during arbitration. |
| How should you contact us? | By mail or telephone. | Send mail to us at P.O. Box 720, Belcourt, ND 58316. Send email to us at help@spotloan.com. Call us at 888-681-6811. |
| Will this Clause continue to govern? | Yes, unless the class action waiver and class arbitration provision is deemed to be invalid or not enforceable. | This Arbitration Agreement will survive the termination of this Loan Agreement. It will survive your fulfillment or default of your obligations. It will survive your or our bankruptcy or insolvency to the extent permitted by applicable law. Notwithstanding anything else in the Loan Agreement, if the class action waiver or class arbitration waiver is found to be invalid or unenforceable, then this entire Arbitration Agreement shall be void. If any other portion of this Arbitration Agreement is found invalid or unenforceable, it shall not invalidate the rest of this Arbitration Agreement. |

**Process.**

| | | |
|---|---|---|
| How does arbitration start? | Mailing a notice. | After trying to resolve Claims informally, either party may mail the other a request to arbitrate. The notice should describe the Claims and relief sought. The receiving party must mail a response within 30 days. If you mail the request to arbitrate, you may choose between the arbitration providers listed below. If related third parties or we mail the request to arbitrate, you must respond in 30 days. Your response must choose between the arbitration providers listed below. If it does not, we may choose the arbitration provider. |
| Who arbitrates? | AAA, JAMS, or an arbitrator we both agree to. | Arbitrations shall be administered by the American Arbitration Association ("AAA") or JAMS pursuant to the applicable AAA or JAMS consumer rules in effect when the arbitration is initiated. You may obtain information about arbitration and fees from AAA by calling 1-800-778-7879 or visiting adr.org or from JAMS by calling 1-800-352-5267 or visiting jamsadr.com. If AAA and JAMS are unable or unwilling to arbitrate a dispute, then the dispute may be referred to any other arbitration organization or arbitrator the parties agree upon in writing. If the parties cannot agree on another arbitration organization or arbitrator, then an arbitrator may be appointed by a court pursuant to Section 5 of the FAA. |
| Will the hearing be held nearby? | Yes. | For your convenience, you can choose to have the arbitration hearing take place by telephone or videoconference. Otherwise, the arbitration hearing will be held in the federal judicial district where you live. The arbitration may take place somewhere else if the parties agree or the arbitrator so |

| | | decides. |
|---|---|---|
| **Will we advance Arbitration Fees?** | Yes, but you may pay costs. | We will advance any arbitration fees you owe if you ask us to. These include the filing fee, the hearing fee, and the fees charged by the arbitrator. You pay your attorneys' fees and expenses. |
| **Are damages and attorney fees possible?** | Yes, if allowed. | The arbitrator may award the same damages as a court. This includes statutory, punitive, or treble damages if allowed by tribal or federal law. Arbitrators may award reasonable attorneys' fees and expenses if allowed by tribal or federal law. We cannot recover our attorneys' fees and costs in arbitration unless the arbitrator decides that your Claim is frivolous and the arbitration rules allow it. |
| **Is injunctive relief possible?** | Yes, but only between the parties. | The arbitrator may award injunctive relief in favor of the individual party seeking relief, but not in favor of others. The arbitrator may not award class, representative, or public injunctive relief.<br><br>If a court decides that these limits on public injunctive relief are not enforceable, then after any and all appeals from that decision have been exhausted, the Claim for public injunctive relief must be severed from the arbitration. The Claim for public injunctive relief may then be brought in court after arbitration of the remaining Claims is completed. |
| **Will you pay Arbitration Fees if you win?** | No. | If the arbitrator finds in your favor, you will not need to reimburse us the arbitration fees. |
| **Will you ever pay Arbitration Fees?** | Yes. | If the arbitrator does not find in your favor, then you may be required to repay the arbitration fees. However, if you are required to repay the arbitration fees, the amount will not exceed the filing fees you would have incurred had your case been initiated in federal court. |
| **Can an award be explained?** | Yes. | You or we may request that the arbitrator explain his or her decision in writing, if such a request is made within 14 days of the decision. |
| **Can an award be enforced?** | Yes. | Either of us may seek to confirm, vacate, modify, or correct an arbitration award, in accordance with Sections 9-11 of the FAA, in the United States District Court for the federal judicial district where you live. Spotloan hereby provides a limited waiver of its sovereign immunity for such a proceeding, provided it is brought by you and no other party; this waiver expires one (1) year after issuance of the arbitration award (or such longer period as may be permitted by the FAA). |

### Other Options.

Consider these choices:

| | | |
|---|---|---|
| **If you don't want to arbitrate** | Yes. You can get our services | 1. Informal Dispute Resolution. Contact us if an issue arises on your Loan and attempt to settle any Claims.<br>2. Get Credit Without the Arbitration Agreement. Write to us and ask for a Loan Agreement without the |

| arbitrate, can you still obtain a loan? | services and decide not to arbitrate. | Arbitration Agreement.<br>3. Opt-Out of Arbitration. Sign this Loan Agreement and then opt out of the Arbitration Agreement within 60 days, as explained below.<br>4. Tribal Court. Seek to resolve Claims in tribal court, within tribal law limits. |
|---|---|---|
| Can you opt-out of the Arbitration Agreement? | Yes. Within 60 days. | YOU HAVE THE RIGHT TO REJECT THIS ARBITRATION AGREEMENT, BUT YOU MUST EXERCISE THIS RIGHT PROMPTLY. If you do not wish to arbitrate Claims, you must notify us in writing within sixty (60) days after you sign this Loan Agreement. You must send your request to Spotloan, arbitrationoptout@spotloan.com. The request must include your full name, address, account number, and the statement "I reject the Arbitration Agreement contained in my Loan Agreement." If you reject arbitration, the other terms of this Loan Agreement shall remain in full force and effect as if you had not rejected arbitration. You may also write to us at the address above and request a Loan Agreement without an Arbitration Agreement. |

# Additional Terms

## Contact Preferences

You agree that Spotloan and its affiliates, agents, and service providers may contact you using written, electronic, or verbal means. We may contact you regarding your loan or loan application, to remind you of upcoming payments, regarding collections, and on other loan-related issues. This consent includes, but is not limited to, contact by prerecorded or artificial voice messages, text messages, emails, and/or automatic telephone dialing systems. You agree that Spotloan and its affiliates, agents and service providers may use any email address or phone number you provide, now or in the future, including a number for a cellular phone or other wireless device, even if you incur charges as a result. This consent does not withdraw or limit your consent to receive Communications in electronic form.

You agree to update your contact information promptly. If we are unable to reach you, we may reach out to third parties to obtain updated contact information for you. You expressly authorize us and our affiliates, agents, and service providers to monitor and record your calls with us or them.

## Permission to Gather/Verify Data

You give Spotloan permission to verify the information in your loan application. We may use information in your loan application to gather additional data, including from consumer reporting agencies and sources you provided. If we make you a loan and you consent to ACH withdrawals for loan payments, we will use the bank account information you give us to process those payments. We may detect additional bank accounts that you own, and we may consider those accounts as we process your loan application.

## Credit Reporting

We may report information about your loan to credit reporting agencies. Late payments, missed payments, or other defaults on your loan may be reflected in your credit report.

## Transfer of Rights

We may sell, assign, or transfer this Loan Agreement, or any of our rights, including servicing rights, without notice or your consent. The sale, assignment, or transfer of your Loan Agreement will not change any governing law, venue, or jurisdictional provisions of your Loan Agreement, so tribal and federal law will continue to govern. You may not assign or transfer your obligations under this Loan Agreement.

## Not Military; No Bankruptcy

By signing this Loan Agreement, you represent that you are not a member of the military or the spouse/dependent of a military member. Specifically, you further represent that you are not (nor are you a spouse or dependent of) a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer or serving on Active, Guard, or Reserve Duty. (Dependents include the member's spouse, child under the age of 18 years old, or an individual for whom the member provided more than one half of their financial support for 180 days preceding the date of this Loan Agreement.)

You certify to us that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code.

To accept this Loan Agreement, provide your electronic signature by clicking the "I AGREE" button below and by typing your first and last initials. By providing your electronic signature, you acknowledge that you have read, understand, and agree to be bound by the terms of this Loan Agreement.

☒ I Agree

This agreement was executed on December 14, 2023 at 3:15pm CST by Kimberly Childs

## Optional Consent to Marketing Communications

To consent to receive automated marketing calls and/or text messages from Spotloan and its agents, affiliates, and marketing partners at the phone number provided, including autodialed calls/texts and/or artificial/prerecorded voice messages, provide your electronic signature by clicking the "I AGREE" button below and by typing your first and last initials. By providing your electronic signature, you acknowledge that you have read, understand, and are consenting to receive automated marketing from Spotloan.

**You understand that you do not have to provide this consent in order to apply for or receive a loan, and that you may opt out at any time. If you do not want to consent to marketing communications, provide your electronic signature by clicking the "I DECLINE" button below and by typing your first and last initials. By providing your electronic signature, you acknowledge that you have read, understand, and are not consenting to receive automated marketing from Spotloan.**

◉ I Agree    ○ I Decline

This agreement was executed on December 14, 2023 at 3:15pm CST by Kimberly Childs

# Automated Clearing House Debit Authorization Agreement ("ACH Authorization")

By electronically signing this ACH Authorization, you authorize Spotloan, and our successors and assigns ("us"), to initiate recurring debits to your checking/savings account number XXXXXX8265, routing number XXXXX1754 ("Bank Account") on the dates and for the amounts listed in your Loan Agreement or your most recent payment schedule. If a payment is dishonored or returned for any reason, you authorize us to re-attempt the debit up to the number of times and within the time periods permitted by applicable law and payment network rules. If a loan payment date falls on a weekend or holiday, we may initiate the debit for the payment on the next business day.

You authorize us to initiate recurring debits to your Bank Account for interest, principal, and fees until your loan is paid in full or you revoke this ACH Authorization in writing, whichever comes first.

You must notify us of any changes to your Bank Account information or you may revoke this ACH Authorization either by mail at P.O. Box 720, Belcourt, ND 58316 or by email to help@spotloan.com at least 5 business days prior to the next payment due date. If you revoke this ACH Authorization, you agree to provide us with another form of payment acceptable to us.

You agree that you will receive a notice before a payment is debited from your Bank Account if the payment is unusual or varies from the amount disclosed in the Payment Schedule in your Loan Agreement or your most recent payment schedule provided to you, plus applicable fees due to us pursuant to your Loan Agreement. You certify that you are an authorized user of the Bank Account you provided in your loan application and that you will not dispute any scheduled transactions that correspond to your Loan Agreement, the Payment Schedule in your Loan Agreement, any subsequent payment schedule provided to you, and this ACH Authorization. You are responsible for providing accurate bank account information, and you authorize us to verify and correct such information, if necessary.

If a transfer has been made using the information from your Bank Account without your permission, please call (888) 681-6811 or write to us at Spotloan, P.O. Box 720, Belcourt, ND 58316. Our standard business hours are Monday through Friday, 7:00

A.M. to 8:00 P.M., CT and Saturdays, 9:00 A.M. to 6:00 P.M. CT.

To accept this ACH Authorization, provide your electronic signature by clicking the "I AGREE" button below and by typing your first and last initials. By providing your electronic signature, you acknowledge that you have read, understand, and agree to be bound by the terms of this ACH Authorization.

**You understand that you are not required to authorize electronic debits from your Bank Account in order to be approved for a loan. If you do not authorize us to automatically debit your Bank Account, provide your electronic signature by clicking the "I DECLINE" button below and by typing your first and last initials, and call (888) 681-6811 to speak with a Customer Service Representative to make other payment arrangements. By providing your electronic signature, you acknowledge that you have read, understand, and are not consenting to this ACH Authorization.**

◉ I Agree    ○ I Decline

This agreement was executed on December 14, 2023 at 3:15pm CST by Kimberly Childs

# Confirmation of Disclosures

- I understand that Spotloan is owned and controlled by the Turtle Mountain Band of Chippewa Indians, a federally recognized Native American Tribe. I also understand that Spotloan is an arm of the tribe.

- I agree that the laws of my state of residence do not apply to my Loan Agreement. My Loan Agreement will be governed exclusively by the laws of the Turtle Mountain Band of Chippewa Indians and Federal law.

- I understand that, unless I opt-out, any future disputes on my loan are subject to the Arbitration Agreement included in my Loan Agreement.

To consent to the Confirmation Disclosures, provide your electronic signature by clicking the "I AGREE" button below by typing your first and last initials. By providing your electronic signature, you acknowledge that you have read, understand, and agree to be bound by the Confirmation Disclosures.

☒ I Agree

This agreement was executed on December 14, 2023 at 3:15pm CST by Kimberly Childs