# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### 1:25-cv-00794-WO-JLW

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>       Defendants. | |

## DECLARATION OF BRIGITTE HARLEY IN SUPPORT OF RCOFIII SPEC-FIN CREDIT 1, LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2), 12(B)(6), AND 12(B)(7)

I, Brigitte Harley, state and affirm as follows:

1. I am over the age of eighteen (18) years old and am competent to testify to the matters contained in this Declaration.

2. This Declaration is submitted in support of the motion to dismiss for lack of personal jurisdiction, failure to join indispensable parties, and failure to state a claim

1

upon which relief can be granted filed jointly by RCOFIII SPEC-FIN CREDIT 1, LLC ("RCOF") and R&R SPE LLC.

3.      I have personal knowledge of the facts described in this Declaration.  The statements and conclusions in this Declaration are true to the best of my knowledge.

4.      I am the Chief Compliance Officer and General Counsel of Revere Capital Management, LP, which is the manager of Revere Credit Opportunities Fund III, LP, which is the sole member of RCOF.

5.      RCOF is a Delaware limited liability company with its principal place of business in Dallas, Texas.  RCOF is a special purpose vehicle organized for the purpose of making and holding loans and managing those loans.

6.      RCOF has no employees and no physical assets.  Thus, it necessarily has no employees or assets in North Carolina.  RCOF does not maintain any offices, bank accounts, P.O. boxes, telephone listings, or real property in North Carolina.  RCOF has never maintained any passive, interactive, or commercial website publicly accessible to residents of North Carolina.

7.      RCOF is not and has never been registered to do business in North Carolina.  RCOF does not have a registered agent for service of process in North Carolina. It has never been subjected to the jurisdiction of North Carolina courts and has never consented to suit in North Carolina as far as I am aware.

8. RCOF is not owned or managed by Samuel Adrian Spratt. Spratt has never owned any management shares of RCOF and has never managed or controlled RCOF. Neither does he have any financial or equity interest in RCOF.

9. RCOF is not owned or managed by Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, or Blaine Davis (collectively, the "Tribal Council Defendants"). None of the Tribal Council Defendants have ever owned any management shares of RCOF or have ever managed or controlled RCOF.

10. RCOF does not drive, manage, operate, direct, or otherwise control Spotloan's lending operations. RCOF does not provide the customer service functions of Spotloan's operations.

11. RCOF has not been assigned any loans originated by Spotloan or any entity owned by the Turtle Mountain Band of Chippewa Indians (the "Tribe"). RCOF's interests in any assets of any entities owned by the Tribe ("Tribal Entities") creates only a contractual relationship between those entities and RCOF. The Tribal Entities retain their ownership interest in each of the loans they originate and remain the sole creditor to each borrower.

12. The full extent of RCOF's relationship with any Tribal Entity is to provide a credit facility, which is a flexible loan agreement between a lender and a borrower that allows the borrower to access funds over an extended period without needing to reapply for a loan each time.

3

13. None of the contracts to which RCOF is or has been a party to, with respect to the Tribe or any Tribal Entities, is or ever have been governed by North Carolina law.

14. RCOF has never participated in identifying borrowers, or underwriting, funding or collecting individual consumer loans associated with the Tribe or any Tribal Entities. Nor does RCOF collect the payments from consumers, collect on any loans issued by the Tribe or Tribal Entities, or assist in the management or marketing of their lending programs. RCOF has never originated, serviced, or collected on any tribal loans in North Carolina or anywhere else.

15. RCOF is not a party to any agreements with Michael Goetting, Kimberly Webb, Terri Edgell, or Kimberly Childs (collectively, "Plaintiffs"). RCOF has never issued any loans to, serviced any loans of, or collected any charges from Plaintiffs. RCOF does not have any relationship with Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January, 2026

*Brigitte Harley*

Brigitte Harley

4