# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL GOETTING, et al.          )
                                  )
          Plaintiff(s),           )
                                  )     **Case No.:** 1:25-cv-00794-WO-JLW
v.                                )
     SAMUEL ADRIAN SPRATT, et al. )
                                  )
          Defendant(s).           )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

RCOFIII Spec-Fin Credit 1 LLC   who is   Defendant                    ,

(Name of Party)                          (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

         ( ) Yes                    (✔) No

2.    Does party have any parent entities?

         (✔) Yes                    ( ) No

      If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
       Revere Credit Opportunities Fund III, LP; Revere Fund III GP, LP

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

     (✔) Yes               ( ) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____

BCF Funding LLC; R&R SPE LLC; 19 NSquare LLC (owned by RCOF but wholly unrelated to Blue Chip)

_____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

     ( ) Yes               (✔) No

If yes, identify all such owners: _____

_____

_____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

     ( ) Yes               (✔) No

If yes, identify entity and nature of interest: _____

_____

_____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of RCOFIII Spec-Fin Credit 1 LLC and, in diversity cases, their states of citizenship: (name of LLC or LP party)

| Revere Credit Opportunities Fund III, LP | Delaware |
| (name of member or partner) | (state of citizenship) |
| See Attachment A | |
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |

2

Note:  If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page.  If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.  *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

/s/ Robert L. Lindholm

(Signature)

January 21, 2026

(Date)

3

## Attachment A

The members of R&R SPE LLC are Rubicon Equity Partners, LLC and BCF Funding LLC. The members of Rubicon Equity Partners, LLC are ███████████████████ ████████ ████████████████ are citizens of South Carolina and ████████ is a citizen of North Carolina.

The sole member of BCF Funding LLC is RCOFIII Spec-Fin Credit LLC, a Delaware LLC. RCOFIII Spec-Fin Credit 1 LLC's sole member is Revere Credit Opportunities Fund III, LP. The partners of Revere Credit Opportunities Fund III, LP are Revere Fund III GP, LP and a number of limited partners. Revere Fund III GP, LP is a Texas partnership.

The limited partners of Revere Credit Opportunities Fund III, LP are: ████████ ████████ It is a Texas LLC. ████████. It is a Texas nonprofit corporation. ████████ She is a New Jersey citizen. ████████ He is a North Carolina citizen. ████████ She is a Texas citizen. ████████ It is a Texas trust. ████████. He is a Texas citizen. ████████ It is a Texas limited partnership. ████████ It is a Connecticut trust. ████████ She is a Texas citizen. ████████ They are Texas citizens. ████████ She is a Georgia citizen. ████████ It is a North Carolina LLC. ████████. It is a Texas limited partnership. ████████ She is a Connecticut citizen. ████████ It is a Connecticut LLC. ████████ It is a Texas LP. ████████ It is a Texas limited partnership. ████████ He is a Texas citizen. ████████ She is a Connecticut citizen. ████████ It is a Texas limited partnership. ████████ He is a Mexican citizen. ████████ She is a Texas citizen. ████████ It is a Texas LLC. ████████ It is a Texas limited partnership. ████████ It is a Texas trust. ████████ He is a New Jersey citizen. ████████ It is an Illinois IRA. ████████ It is an Illinois IRA. ████████ It is an Illinois IRA. ████████ He is a Texas citizen. ████████ She is a Texas citizen. ████████ He is a Texas citizen. ████████ He is a Texas citizen. ████████. She is a Florida citizen. It is a Florida LLC. ████████ It is a Florida trust. ████████ He is a Texas citizen. ████████ It is a Kentucky corporation. ████████ It is a Texas limited partnership. ████████ He is a Texas citizen. ████████. It is a Maryland trust. ████████ It is a Wyoming trust. ████████ She is a Texas citizen. ████████. He is a Connecticut citizen. He is a Texas citizen. ████████ It is a Texas trust. ████████. It is a Texas partnership. ████████. She is a Colorado citizen.

██████████████ It is a Florida LLC. ██████████████████████████. It is a New Jersey IRA. ████████████████████████ It is a Mexican corporation. ████████████ It is a Texas limited partnership. ██████████ He is a Texas citizen. ██████████ It is a Texas corporation. ████████████████ It is a Texas limited partnership. ██████████████. It is a Texas LLC. ██████ It is a Texas limited partnership. ██████████████ It is a Texas limited partnership. ████████████████ It is a Colorado trust. ████████ It is a Texas limited partnership. ████ It is a California trust. ████████████ It is a Texas limited partnership. ████████████ It is a Texas organization. ████████ He is a Georgia citizen. ██████████ She is a Texas citizen. ██████████ It is a Texas limited partnership. ████ He is a New Jersey citizen. ██████████████ It is a Texas trust. ██████████ He is a New York citizen. ██████████████ It is a Texas trust. R&R SPE LLC is generally not aware of the corporate structure of the limited partners in this paragraph other than as reflected herein.

The partners of Revere Fund III GP, LP are Revere Capital, LLC and Revere Capital Corp. Revere Capital, LLC is a Texas LLC. Revere Capital Corp. is a Delaware corporation. Revere Capital, LLC's sole member is Clark Briner. Clark Briner is a citizen of Texas.

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated: January 21, 2026

/s/ Robert L. Lindholm
Robert L. Lindholm (N.C. Bar No. 52800)
robert.lindholm@nelsonmullins.com
301 S. College Street, 23rd Floor
Charlotte, NC 28202
Telephone: 704.417.3231
Facsimile: 704.377.4814

*Counsel for R&R SPE LLC*

3