IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, *on behalf of themselves and all individuals similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ADRIAN SPRATT, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-0794 |

## **ORDER**

This matter comes before the Court on Plaintiffs' Consent Motion for Extension of Time, seeking an extension until and including March 11, 2026, in which to respond to Defendants' Motions to Dismiss (ECF Nos. 24, 32) and Motion to Compel Arbitration (ECF No. 28) or, in the alternative, to amend the complaint. Having considered the Motion, and for good cause shown, the Court hereby **GRANTS** the Motion. Plaintiffs shall have until March 11, 2026, to file their responses to Defendants' Motions or amend the complaint.

It is so ORDERED.

/s/ David A. Bragdon
United States District Judge

Date: February 18, 2026