# Exhibit 4

# National Processing Agency, LLC

## Business Plan and Roadmap

January 2012

CONFIDENTIAL 000748

# The Roadmap
National Performance Agency's Business Plan

- Grow existing business
  - EBITDA
  - Distributions
  - New Credit Facility
  - KPIs
- Strategic partnerships
  - Regulatory strategy
- New businesses opportunities
  - Turn key solution
- Organizational improvements
  - Dashboards
  - Finance
  - Analytics
  - Call Center

Confidential and Proprietary
2



# The Roadmap
## 2011 and 2012 Timeline

### 2011

**October 17, 2011**
- [redacted]

**November 8, 2011**
- [redacted]

**December 31, 2011**
- [redacted]

### 2012

**January 2012**
- Begin call center evaluation and enhancement

**March 1, 2012**
- [redacted]

**April 1, 2012**
- NPA signs 1st tribal deal
- [redacted]

**June 1, 2012**
- NPA closes 2nd tribal deal

**June 30, 2012**
- [redacted]
- NPA establishes redundant call center outside of KS/MO

**July 1, 2012**
- [redacted]

**December 31, 2012**
- [redacted]

Confidential and Proprietary
3

# Grow Existing Business
## Growing NPA's EBITDA and Distributable Cash with Leverage

- On November 8th, 2011, ███████████████████████████
  - Portfolios aggressively grew through holiday season
  - The portfolios were able to grow with little degradation to the portfolio's performance

- On March 1st, 2012, ███████████████████████████
  - This additional capital will be deployed in the most efficient way to minimize default and maximize return

- ███████████████████████████

- While the Company grows through mid-2012, it will:
  - ███████████████
  - ███████████████████████
  - ██████████████████████
  - ████████████████████████

Confidential and Proprietary
4

## Grow Existing Business
### New Credit Facility



- 
- 
- 

Confidential and Proprietary
5

# Grow Existing Business
Projected Summary Income Statement



Confidential and Proprietary
6

CONFIDENTIAL
000753

# Grow Existing Business
## Measuring NPA's Growth with KPIs

- A number of Key Performance Indicators (KPIs) will be used to measure the success and profitability of NPA's growth:
    - Leads
        - External Leads Purchased (% of Total)
        - External Lead Price ($ per Lead)
        - External Lead Scoring and Performance (% Return)
        - Funded Lead Mix (% of Internal vs. % of External Leads Funded)
    - Lead Conversion
        - Electronic Signature Rate (% for Internal, External and Total Purchased)
        - Purchased Lead Conversion Rate (% of Purchased Leads)
        - Internal Lead Conversion Rate (% of Internal Leads Accepted)
    - Reactivations
        - Reactivation Success (% of Total Loans)
    - Portfolio
        - Average Size of Loan Outstanding ($ of Average Loan)
        - Total Loans Outstanding (# of Loans)
        - Mix of Loans Issued (# of External Loans, # of Internal Loans)
        - Loans Paid Off (% of Loans)
        - Net Collected of Dollars Attempted (% of Successful Dollars Pulled)
    - Collections
        - Principal Written Off ($ of Principal Written Off)
        - Principal Collected (% of Principal Collected)
        - Net Recovery Rate (% Collected)

Confidential and Proprietary
7

# Strategic Partnerships
## Establishing Redundant Lending Models

- As the Company grows, it intends to leverage a minimum of three different lending platforms:
    - Single State Model – Continue to leverage three existing Delaware lending licenses
    - Sovereign Model – Establish multiple (minimum of two) tribal relationships
    - Off-Shore Model – Lend under an offshore lending license (ex. New Zealand)
- The Company will continue to make loans into its existing portfolios that utilize Delaware lending licenses. However, NPA will utilize the sovereign model for lending in a number of situations:
    - Growth – As NPA grows, it will diversify new loans across its different lending platforms
    - New States – NPA will begin lending into states in which it does not currently operates
    - Migration – NPA will migrate loans from the Single State Model on a case by case basis based on an individual state's situation
    - Outsourced Portfolios – NPA will operate and manage outsourced portfolios for investors charging fees for the services provided by NPA
- NPA is focusing on two different tribal relationships and will have the first deal completed by April 1st, 2012 and the second by June 1st, 2012
    - There are a number of different structural approaches to tribal deals and NPA will follow previously established best practices to establish the tribal relationships
        - Participation Model – The model in which NPA purchases a 99% participation in the loans the tribe makes
        - Fee Model – The model in which NPA charges the tribe fees for each of the services it provides
        - Tribe Owned – The model in which NPA is paid for all services required to run its own portfolio

Confidential and Proprietary
8

# New Business Opportunities
## Launching An Outsourced Portfolio Product

- After the sovereign partnership is established, NPA will begin offering Outsourced Portfolio Management services to investors interested in owning a portfolio
- The pricing model will be fee based and charge fees for each component of the outsourced model that NPA offers:
  - Lead Fee
  - Funding Fee / Pull Fee
  - Call Center Fee
  - Software Fee
  - Customer Resurrection Fee
  - Consulting Fee
- The ultimate goal of this pricing model is to earn 120% of their outstanding loan balances per year (approximately 10% per month) net of all expenses (loan, call center, software support, overhead, etc.)
- This product can be implemented quickest if portfolios are run similar to existing business and as individual, standalone portfolios purchasing their own leads
- NPA will design these services to meet a specific return for the outsourced portfolios and purchase leads accordingly to meet performance criteria

# Organizational Improvements
Upgrading NPA's Operations

- The aggressive growth and new products require that NPA upgrade a number of its current positions:
    - CFO – ▮▮▮▮▮ will be serving as CFO for NPA
    - COO – The NPA board will pursue bringing in an experienced leader to manage the day to day operations of the Company
    - Accounting – ▮▮▮▮▮ and NPA's Controller are already interviewing additions to the dedicated NPA accounting team
    - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    - Analytics – Build a robust analytical team focused on improving the Company's KPIs and overall business efficiency and profitability
- From an operational perspective, the Company will be reviewing and making necessary upgrades to the following area:
    - Call center
    - Collections
    - Customer service
    - Technology
    - Accounting
    - Reporting / Dashboards / Analytics
- NPA will establish a redundant call center outside of Kansas/Missouri by June 30, 2012