IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, *on behalf of themselves and all individuals similarly situated*, | : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 1:25-cv-0794 |
| SAMUEL ADRIAN SPRATT, *et al.*, | : : : |
| Defendants. | : : |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO COMPEL ARBITRATION

Plaintiffs, by counsel, respectfully submit this Opposition to the Motions to Dismiss (ECF Nos. 24, 32) and Motion to Compel Arbitration (ECF No. 28) filed by Defendants.

On January 19, 2026, the Tribal Council Defendants and RCOF and R&R filed two motions to dismiss, respectively, and the Tribal Council Defendants filed a motion to compel arbitration. (ECF Nos. 24, 28, 32.) On February 18, 2026, the Court granted Plaintiffs' motion to extend the deadline for them to respond Defendants' Motions or otherwise amend their complaint as of right under Rule 15, until and including March 11, 2026. (ECF No. 50.)

After reviewing Defendants' motions, Plaintiffs have elected to file an amended complaint contemporaneously with this Opposition, which is within extended period. Plaintiffs' Amended Complaint, which adds additional claims and allegations, moots Defendants' Motions to Dismiss and Motion to Compel Arbitration. *See, e.g., Colin v.*

*Marconi Comm. Sys.*, 335 F. Supp. 2d 590, 614 (M.D.N.C. 2004) ("Earlier motions made by Defendants were filed prior to and have been rendered moot by Plaintiffs' filing of the Second Amended Complaint . . ."); *Neeser v. MAC Acquisition LLC*, 2022 WL 179139, at *1 (W.D.N.C. Jan. 18, 2022) (denying motion to compel arbitration as moot after granting leave to amend the complaint); *Wood v. NFM Inc.*, 2025 WL 695604, at *1 n.1 (D. Md. Mar. 4, 2025) (stating that amended complaint rendered motion to dismiss and compel arbitration moot).

Accordingly, Plaintiffs respectfully request that the Court deny Defendants' Motions (ECF Nos. 24, 28, 32) in their entirety as moot, with leave to refile based on the Amended Complaint.

Respectfully submitted,
**PLAINTIFFS**, *individually and on behalf of all others similarly situated*

/s/ *Andrew J. Guzzo*
Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: aguzzo@kellyguzzo.com

*Notice of Special Appearance Attorney for Plaintiffs*

By: /s/ *Rashad Blossom*
Rashad Blossom (State Bar No. 45621)
Blossom Law, PLLC
301 S. McDowell Street
Suite 1103
Charlotte, NC 28204

2

rblossom@blossomlaw.com
*Local Rule 83.1(d) counsel for Plaintiffs*