IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>Defendants. | 1:25-CV-794-DAB-JGM |

## **ORDER**

This matter comes before the Court on Defendants' Motion to Limit Further Corporate Disclosures (D.E. 46) and Motion to Seal Portions of Corporate Disclosures (D.E. 43). Defendants argue that their disclosures should be limited and sealed because the parties have established that the case satisfies the jurisdictional requirements of the Class Action Fairness Act and therefore further corporate disclosures would be unnecessary. Defendants further assert that they have substantial privacy interests in the disclosures that outweigh the public interest in knowing the corporate-ownership structure. Plaintiffs oppose the motions, arguing that disclosure rules are meant to inform the court about conflicts of interest as well as for ascertaining jurisdiction. *See* Fed. R. Civ. P. 7.1. Plaintiffs further argue that

Defendants did not establish a substantial privacy interest that warrants sealing corporate disclosures that the public has a right to access. The Court denies both motions for the reasons argued in Plaintiffs' brief. (D.E. 49).

It is hereby ordered that the Motion to Limit Further Corporate Disclosures and the Motion to Seal are denied.

This the 17th day of March, 2026.

 /s/ David A. Bragdon
United States District Judge