IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-00794-DAB-JGM

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>    Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT AND FOR ENLARGEMENT OF WORD COUNT LIMITATION FOR BRIEFING** |

Defendants R&R SPE LLC ("R&R") and RCOFIII Spec-Fin Credit 1, LLC ("RCOF") (collectively, the "Companies"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b), move this Court for an extension of time within which to answer or otherwise respond to the Plaintiffs' First Amended Class Action Complaint and for an enlargement of the word count limitation for the Companies' responsive briefing and Plaintiffs' opposition thereto. In support of this Motion, the Companies state as follows:

1. Plaintiffs filed a Class Action Complaint in this Court on September 2, 2025.

2. Plaintiffs served R&R with a summons and the Class Action Complaint on November 5, 2025, and served RCOF the following day.

3. The initial deadline for R&R to file an answer or other responsive pleading was November 26, 2025, and the deadline for RCOF was November 28, 2025.

4. Each of the other named Defendants in this case were required to file an answer or other responsive pleading by January 5, 2026.

5. On November 24, 2025, the Companies moved this Court for an extension of time to respond to the Class Action Complaint, seeking a January 5, 2026 deadline, in line with the other Defendants. (ECF No. 17.)

6. On December 3, 2025, for good cause shown, the Court granted the Companies' Motion in a text order.

7. On December 18, 2025, the other Defendants filed a Consent Motion for Extension of Time to Respond to Class Action Complaint and Enlargement of Word Count Limitation for Briefing on Defendants' Response to the Complaint. (ECF No. 19.) The Motion requested a new filing deadline of January 19, 2026, and a new word count limit of 7,500 words for both Defendants and Plaintiffs.

8. On December 18, 2025, the Court entered a text order granting their request.

9. On December 24, 2025, the Companies likewise filed a Consent Motion seeking a January 19, 2026 deadline and 7,500 word limit for their own briefing as well as for

Plaintiffs' (ECF No. 22), which the Court granted by Text Order on December 26, 2025.

10. On January 19, 2026, the Companies and each of the other Defendants filed motions to dismiss Plaintiffs' Class Action Complaint. (ECF Nos. 24, 25, 32, 33.)

11. On February 18, 2026, upon Plaintiffs' Consent Motion for Extension of Time, the Court granted Plaintiffs an extension through March 11, 2026, to file their response to the motions to dismiss. (ECF No. 50.)

12. On March 11, 2026, Plaintiffs filed a brief Opposition to the motions (ECF No. 53), as well as a First Amended Class Action Complaint alleging new claims against each of the Defendants (ECF No. 52).

13. The Companies continue to investigate their defenses to the First Amended Complaint, but reasonably anticipate that they will again respond by moving to dismiss under Rule 12 of the Federal Rules of Civil Procedure and by raising a number of defenses including personal jurisdiction, constitutional defenses, and failure to state a claim.

14. Due to the number and complexity of the issues the Companies anticipate raising in their response to the First Amended Complaint, as well as their continued investigation, the Companies respectfully request an additional fourteen days, up to and including April 8, 2026, to respond to the First Amended Complaint.

15. Also due to the number and complexity of issues the Companies anticipate raising in their response to the First Amended Complaint, the Companies respectfully

request that the word limitation for their brief in support of their response, as well as Plaintiffs' response brief, be enlarged from 6,250 words to 10,000 words.

16. The Companies' counsel consulted with Plaintiffs' counsel in good faith, and Plaintiffs consent to the requested extension and increase in word limitation.

17. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendants R&R and RCOF, with the consent of Plaintiffs, request that the Court enter an order extending their deadline to respond to the First Amended Class Action Complaint, through and including April 8, 2026, and enlarging the word count limitation for the briefing on their response to 10,000 words for both the Companies' and Plaintiffs' principal briefs.

Respectfully submitted this 18th day of March 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ Robert L. Lindholm
Robert L. Lindholm (N.C. Bar No. 52800)
robert.lindholm@nelsonmullins.com
301 S. College Street, 23rd Floor
Charlotte, NC 28202
Telephone: 704.417.3231
Facsimile: 704.377.4814

Matthew G. Lindenbaum*
matthew.lindenbaum@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: 617.217.4665

Facsimile:  617.217.4710

*Appearing by special appearance pursuant to L.R. 83.1(d)

*Counsel for R&R SPE LLC and
RCOFIII Spec-Fin Credit 1 LLC*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Dated:  March 18, 2026

<u>/s/ Robert L. Lindholm</u>
Robert L. Lindholm (N.C. Bar No. 52800)
robert.lindholm@nelsonmullins.com
301 S. College Street, 23rd Floor
Charlotte, NC 28202
Telephone: 704.417.3231
Facsimile: 704.377.4814

*Counsel for R&R SPE LLC and*
*RCOFIII Spec-Fin Credit 1 LLC*