IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:25-cv-00794-DAB-JGM

MICHAEL GOETTING, KIMBERLY
WEBB, TERRI EDGELL, and KIMBERLY
CHILDS, on behalf of themselves and all
individuals similarly situated,

        Plaintiffs,

    v.

SAMUEL ADRIAN SPRATT, RCOFIII
SPEC-FIN CREDIT 1, LLC, R&R SPE
LLC, JAMIE AZURE, CRAIG LUNDAY,
KENNY MALATERRE, JON JON
KEPLIN, RON TROTTIER SR., ELMER
DAVIS JR., LYNN GOURNEAU, CHAD
COUNTS, BLAINE DAVIS, and JOHN
DOES Nos. 1-15,

        Defendants.

**[PROPOSED] ORDER**

This matter is before the Court on Defendants R&R SPE LLC's and RCOFIII Spec-Fin Credit 1, LLC's (collectively, "Defendants"), Consent Motion for Extension of Time to Respond to Plaintiffs' First Amended Class Action Complaint and for Enlargement of Word Count Limitation for Briefing. Defendants seek to extend time for their response up to and including April 8, 2026, and both Defendants and Plaintiffs seek an enlargement to 10,000 words for their principal briefing. The Court has reviewed Defendants' Motion and the record in this matter and finds there is good cause to allow the Motion.

It is therefore ORDERED that Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' First Amended Class Action Complaint and for Enlargement of Word Count Limitation for Briefing shall be and hereby is allowed. Defendants shall have up to and including April 8, 2026, to file a response to Plaintiffs' First Amended Class Action Complaint, and both Defendants and Plaintiffs are allowed up to 10,000 words for their principal briefs.

This the ___ day of March 2026.

_____