IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-cv-00794

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>Defendants. | **CONSENT MOTION FOR**<br><br>**EXTENSION OF TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT**<br><br>**AND**<br><br>**ENLARGEMENT OF WORD COUNT LIMITATION FOR BRIEFING ON DEFENDANTS' RESPONSE TO THE COMPLAINT** |

Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis, (collectively, the "Tribal Defendants"), through counsel, with the consent of Plaintiffs, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.3(d), move the Court for an extension of time to answer or otherwise respond to the First Amended Class Action Complaint and to enlarge the

word count limitation for the briefing on Defendants' response to the First Amended Class Action Complaint. In support of this consent motion, Defendants state the following:

1. Plaintiffs filed a Class Action Complaint on September 2, 2025. (ECF No. 1.)

2. Each of the Tribal Defendants executed a waiver of service sent on November 4, 2025, and their deadline to respond to the Complaint was originally January 5, 2026. (ECF Nos. 7, 8, 9, 10, 11, 12, 13, 14, 15, 16.)

3. On December 18, 2025, the Tribal Defendants filed a Consent Motion for Extension of Time to Respond to Class Action Complaint and Enlargement of Word Count Limitation, requesting a new filing deadline of January 19, 2026, and a new word count limitation of 7,500 words for both Plaintiff's and the Tribal Defendants' principal briefing on the motion to dismiss. (ECF No. 19.)

4. On December 18, 2025, the Court entered a text order granting the motion.

5. On January 19, the Tribal Defendants moved to dismiss the Class Action Complaint and moved to compel arbitration. (ECF Nos. 24, 25, 28, 29.)

6. On March 11, 2026, Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint"). (ECF No. 52.)

7. The Tribal Defendant's current deadline to respond to the Amended

Complaint is March 25, 2026.

8.    Defendants continue to investigate their defenses to the Amended Complaint but reasonably anticipate that they will respond by moving to dismiss under Rule 12 of the Federal Rules of Civil Procedure and raising issues of sovereign immunity, personal jurisdiction, constitutional defenses, and failure to state a claim. Defendants also reasonably anticipate that they will separately move to compel arbitration.

9.    Due to the number and complexity of the issues the Tribal Defendants anticipate raising in their response to the Complaint the Tribal Defendants respectfully request an additional fourteen days, up to and including April 8, 2026, to respond to the Complaint.

10.    Also due to the number and complexity of issues the Tribal Defendants anticipate raising in their response to the Amended Complaint, including to respond to multiple claims and address jurisdiction as to multiple individual defendants, the Tribal Defendants respectfully request that the word limitation for their brief in support of their response, as well as Plaintiffs' response brief, be enlarged from 6,250 words to 7,500 words.

11.    The Tribal Defendants do not seek an increase of the word limitation for their brief in support of their motion to compel arbitration, should they ultimately pursue such motion.

3

12. The Tribal Defendants' counsel consulted with Plaintiffs' counsel in good faith, and Plaintiffs consent to the requested extension and enlargement of the word count limitation, and request that they be granted a reciprocal enlargement of the word count limitation for their response brief.

13. The Tribal Defendants acknowledges that on March 19, 2026, the Court entered a text order denying Defendants R&R SPE LLC and RCOFIII Spec-Fin Credit 1, LLC's consent motion to enlarge the word count for their response to 10,000 words. The Tribal Defendants respectfully submit that a limited enlargement to 7,500 words on the Tribal Defendants' brief in support of the Motion to Dismiss (and for Plaintiffs' response) will aid in the Court's decision-making process given the number and complexity of issues the Tribal Defendants anticipate raising.

WHEREFORE, Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis, with the consent of Plaintiffs, request that the Court enter an order extending their deadline to respond to the Amended Complaint, through and including April 8, 2026, and enlarge the word count limitation for the briefing on their response to 7,500 words for both Defendants' and Plaintiffs' principal briefs.

4

Respectfully submitted, this the 20th day of March, 2026.

ELLIS & WINTERS LLP

/s/ Alex J. Hagan
Alex J. Hagan
N.C. Bar No. 19037
Thomas H. Segars
N.C. Bar No. 29433
Tyler Jameson
N.C. Bar No. 59348
Post Office Box 33550
Raleigh, NC 27636
Tel: (919) 865-7000
Fax: (919) 865-7010
alex.hagan@elliswinters.com
tom.segars@elliswinters.com
ty.jameson@elliswinters.com

Counsel for Defendants Samuel
Adrian Spratt, Jamie Azure, Craig
Lunday, Kenny Malaterre, Jon Jon
Keplin, Ron Trottier Sr., Elmer Davis
Jr., Lynn Gourneau, Chad Counts, and
Blaine Davis


Timothy W. Billion
Brendan V. Johnson
Samuel R. Black
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 339-4181
Fax: (612) 339-4181
tbillion@RobinsKaplan.com
bjohnson@RobinsKaplan.com
sblack@RobinsKaplan.com

5

Navy Thompson
Robins Kaplan LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
NThompson@RobinsKaplan.com


Counsel for Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis