IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-cv-00794

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>    Defendants. | **[Proposed] Order** |

This matter is before the Court on Defendants Samuel Adrian Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis, (collectively, the "Tribal Defendants") Consent Motion for Extension of Time to respond to Plaintiffs' First Amended Class Action Complaint and for Enlargement of the word count limitation for the briefing on their response. The Tribal Defendants seek to

extend the time for their response up to and including April 8, 2026, and both the Tribal Defendants and Plaintiffs seek an enlargement to 7,500 words for their principal briefing.  The Court has reviewed the motion and finds that there is good cause to allow the Motion.

It is therefore ORDERED that Defendant's Consent Motion for Extension of Time and Enlargement of Word Count Limitation is hereby GRANTED. Defendants shall have up to and including April 8, 2026 to respond to the First Amended Class Action Complaint and both the Tribal Defendants and Plaintiffs are allowed up to 7,500 words for their principal briefs on the Tribal Defendants' motion responding to the complaint.

SO ORDERED.  This the ____day of _____, 20__.


_____