IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,<br><br>Defendants. | 1:25-CV-794-DAB-JGM |

## **ORDER**

Plaintiffs have filed an amended complaint within the period provided for by this Court's *Order* (D.E. 50). Defendants' Motions to Dismiss (D.E. 24, 32) and Motion to Compel Arbitration (D.E. 28) based on the original complaint are now moot. As such, these motions are dismissed without prejudice, with leave to refile based on the Amended Complaint (D.E 52).

This the 1st day of April, 2026.

 */s/ David A. Bragdon*  
United States District Judge