# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, *on behalf of themselves and all individuals similarly situated*,

      Plaintiffs,

    v.

SAMUEL ADRIAN SPRATT, RCOFIII SPEC-FIN CREDIT 1, LLC, R&R SPE LLC, JAMIE AZURE, CRAIG LUNDAY, KENNY MALATERRE, JON JON KEPLIN, RON TROTTIER SR., ELMER DAVIS JR., LYNN GOURNEAU, CHAD COUNTS, BLAINE DAVIS, and JOHN DOES Nos. 1-15,

      Defendants.

Case No. 1:25-cv-00794-WO-JLW

## TRIBAL DEFENDANTS' MOTION TO COMPEL INDIVIDUAL ARBITRATION

Defendants Sam Spratt, Jamie Azure, Craig Lunday, Kenny Malaterre, Jon Jon Keplin, Ron Trottier Sr., Elmer Davis Jr., Lynn Gourneau, Chad Counts, and Blaine Davis (collectively, the "Tribal Defendants") move the Court to compel individual arbitration under the Federal Arbitration Act, 9 U.S.C. §§1-16, for the reasons set forth in the accompanying Memorandum. In support of this Motion,

the Tribal Defendants also respectfully submit the Declaration of Samuel Spratt being submitted herewith.

Dated:     April 8, 2026          By: */s/* Alex J. Hagan

Brendan V. Johnson
Timothy Billion
Navy Thompson
Samuel Black
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-339-4181
Facsimile: 612-339-4181
bjohnson@RobinsKaplan.com
tbillion@RobinsKaplan.com
nthompson@RobinsKaplan.com
sblack@RobinsKaplan.com

**ELLIS & WINTERS LLP**
Alex J. Hagan
N.C. Bar No. 19037
Thomas H. Segars
N.C. Bar No. 29433
Tyler Jameson
N.C. Bar No. 59348
Post Office Box 33550
Raleigh, NC 27636
Tel: (919) 865-7000
Fax: (919) 865-7010
alex.hagan@elliswinters.com
tom.segars@elliswinters.com
ty.jameson@elliswinters.com

*Attorneys for Tribal Defendants*

2