**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| MICHAEL GOETTING, KIMBERLY WEBB, TERRI EDGELL, and KIMBERLY CHILDS, *on behalf of themselves and all individuals similarly situated*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 1:25-cv-0794 |
| SAMUEL ADRIAN SPRATT, *et al.*, | : | |
| Defendants. | : | |

## PLAINTIFFS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Pursuant to Local Rule 7.2(i), Plaintiffs hereby file this Notice of Subsequently Decided Authority in *Bradby v. Koetting*, No. 3:25CV26 (RCY), 2026 WL 1762692, at *1 (E.D. Va. June 18, 2026). This suggestion relates to the Motion to Compel Individual Arbitration (ECF 62), as well as the Joinder to that Motion (ECF 69).

Respectfully submitted,
**PLAINTIFFS**, *individually and on behalf of all others similarly situated*

*/s/ Andrew J. Guzzo*
Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: aguzzo@kellyguzzo.com

* *Special Appearing Attorney for Plaintiffs*

By: */s/ Rashad Blossom*

Rashad Blossom (State Bar No. 45621)
Blossom Law, PLLC
126 N. McDowell Street, 2nd Floor
Charlotte, NC 28204
rblossom@blossomlaw.com
*Local Rule 83.1(d) counsel for Plaintiffs*

**CERTIFICATE OF WORD COUNT**

Undersigned hereby certifies that the foregoing brief does not exceed 9,000 words (as approved by the Court), including the body of the brief, headings, and footnotes, but excluding the caption, signature lines, certificate of service, this Certificate of Word Count, and/or any cover page or index.

*/s/ Andrew J. Guzzo*__________
Andrew J. Guzzo*
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*